*Furman, J.*

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:  2/1/2013                │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSAGIE IKIKHUEME, Individually and on Behalf
of All Other Persons Similarly Situated,

                Plaintiff,

    -against-

CULINART, INC., MIKE VIOLA, MATTHEW
SANTARPIA, and John Does # 1-10,

                Defendants.

Civil Action No. 13-cv-293 (JMF)

## STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for

the parties, that the time for Defendant Culinart, Inc., to answer, move against or

otherwise respond to the Complaint filed in the above-captioned action shall be extended

to, and include, February 21, 2013.

Dated:  February 1, 2013

LAW OFFICE OF WILLIAM COUDERT RAND

By: _____
       William C. Rand

488 Madison Avenue, Suite 1100
New York, New York 10022
(212) 286-1425
wcrand@wcrand.com
*Attorneys for Plaintiff*

LITTLER MENDELSON, P.C.

By: _____
       Ethan D. Balsam

290 Broadhollow Road, Suite 305
Melville, New York 11747
(631) 247-4700
ebalsam@littler.com
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Jesse M. Furman, U.S.D.J.
February 1, 2013